### F. TEMPLETON v. THE STATE.

#### No. 2579.   Decided June 25, 1913.

**1.—Catching Fish—Information—No Repeal.**

A motion to quash the information and complaint charging defendant with unlawfully catching fish, etc., on the ground that the Act upon which they were based had been repealed by a subsequent Act of the Legislature was correctly overruled.

**2.—Same—Sufficiency of the Evidence—Statement of Facts.**

In the absence of a statement of facts, the same not having been filed in time, the insufficiency of the evidence and requested charges can not be considered; however, if considered, there was no error.

Appeal from the County Court of Throckmorton.   Tried below before the Hon. T. J. Wright.

Appeal from a conviction of unlawfully catching fish; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of catching fish within the inclosure of W. E. Jarmon without the consent of the owner.

Appellant filed a motion to quash the information and complaint on the ground that the Act upon which it was based has been repealed by a subsequent Act of the Legislature. We held adversely to appellant's contention in the case of Berry v. State, recently decided, but not yet reported. The statement of facts was not filed in time, but if we could consider it the evidence supports the verdict; the special charges, Nos. 1 and 2, requested, were not applicable to the evidence introduced and the court did not err in refusing them.

The judgment is affirmed.

*Affirmed.*